■ MARIO CASILLAS et al., Plaintiffs, v MORT WIMPLE, Doing Business as MORT WIMPLE ASSOCIATES, Respondent, and EUGENE P. SCHULTZ et al., Appellants. [601 NYS2d 875] —Appeal from an order of the Supreme Court (White, J.), entered May 15, 1992 in Fulton County, which, *inter alia*, granted defendant Mort Wimple's cross motion for summary judgment on its cross claim against defendants Eugene P. Schultz and Carol A. Schultz.

Order affirmed, without costs, upon the opinion of Justice James N. White.

Weiss, P. J., Yesawich Jr., Crew III, Mahoney and Harvey, JJ., concur. Ordered that the order is affirmed, without costs.